MARGARET BUTLER, *ET AL.*, PLAINTIFFS-RESPONDENTS-CROSS-PETITIONERS, v. MARY BUENAGA, *ET AL.*, DEFENDANTS.

MARY BUENAGA, THIRD-PARTY PLAINTIFF-RESPONDENT-CROSS-PETITIONER, v. PEERLESS INSURANCE COMPANY, THIRD-PARTY DEFENDANT-PETITIONER AND OHIO CASUALTY INSURANCE GROUP, *ET AL.*, THIRD-PARTY DEFENDANTS-RESPONDENTS.

See same case below: 107 *N. J. Super.* 80.

*Messrs. Jung, Selikoff, Rathman & Dwyer* for the petitioner.

*Messrs. Messineo & Messineo* and *Mr. Dennis P. LaHiff* for the respondents-cross-petitioners.

*Messrs. Cunneen & O'Gorman* for third party plaintiff-respondent-cross-petitioner.

*Messrs. Schneider & Morgan* and *Mr. Robert E. Monaghan* for the third party defendants-respondents.

December 16, 1969. Granted.

TERMINAL WAREHOUSE OF NEW JERSEY, INC., *ET AL.*, PLAINTIFFS-PETITIONERS, v. PHOENIX INSURANCE COMPANY, DEFENDANT-RESPONDENT AND WESTCHESTER FIRE INSURANCE COMPANY, DEFENDANT.

*Messrs. Baker, Garber, Chazen & Duffy* for the petitioner.

*Mr. Samuel A. Gennet* for the respondent.

December 16, 1969. Granted.